

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00214-CR

**IN RE** Liborio **GURROLA-PULIDO**

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: May 17, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 7, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13207CR, styled *State of Texas v. Liborio Gurrola-Pulido*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.